# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANTHONY HARVEY, aka ANTHONY HERBERT,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATIONS,

    Defendant.

Case No. C17-1054-JLR

MINUTE ORDER

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

This matter comes before the Court *sua sponte* upon the Court's discovery of an error on the first page of the Court's August 14, 2017 Report and Recommendation. In addition, the Court discovered that plaintiff's proposed amended complaint, Dkt. 5-1, is largely identical to his complaint in *Herbert v. Federal Bureau of Investigations*, Case No. 2:17-cv-1032-JLR. Accordingly, the Court's previous Report and Recommendation, Dkt. 7, is STRICKEN.

MINUTE ORDER
PAGE - 1

The Clerk is directed to send a copy of this Order to the petitioner and to the Honorable James L. Robart.

DATED this 29th day of August, 2017.

William M. McCool  
Clerk of the Court

s/ Paula McNabb  
Deputy Clerk

MINUTE ORDER
PAGE - 2