UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY HARVEY, aka ANTHONY HERBERT, | Case No. C17-1054-JLR |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION |
| FEDERAL BUREAU OF INVESTIGATIONS, | |
| Defendant. | |

The Court, having review the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is DISMISSED without prejudice, and plaintiff's motion to proceed *in forma pauperis*, Dkt. 1, and motion for leave to amend, Dkt. 5, are DENIED as MOOT.

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this 28th day of September, 2017.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION